PER CURIAM.
Affirmed. Grossman v. State, 525 So.2d 833 (Fla.1988); Duest v. State, 462 So.2d 446 (Fla.1985); Bush v. State, 461 So.2d 936 (Fla.1984), cert. denied, 475 U.S. 1031, *576 106 S.Ct. 1237, 89 L.Ed.2d 345 (1984); Ferguson v. State, 417 So.2d 639 (Fla.1982); Parrish v. State, 90 Fla. 25, 105 So. 130 (1925); Kott v. State, 518 So.2d 957 (Fla. 1st DCA 1988); Johnson v. State, 486 So.2d 657 (Fla. 4th DCA 1986); Fratello v. State, 496 So.2d 903 (Fla. 4th DCA 1986); State v. Green, 476 So.2d 321 (Fla. 2d DCA 1985); State v. Prieto, 439 So.2d 288 (Fla. 3d DCA 1983); Perez v. State, 390 So.2d 85 (Fla. 3d DCA 1980); Williams v. State, 353 So.2d 588 (Fla. 3d DCA 1977), cert. dismissed, 372 So.2d 64 (Fla.1977); New v. State, 211 So.2d 35 (Fla. 2d DCA 1968); Section 924.33, Florida Statutes (1987).